IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-01-64(5) |
| | § | C.A. No. C-02-431 |
| RICHARD ALVAREZ, JR., | § | |
| | § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying the remanded claim in defendant Richard Alvarez, Jr.'s motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 31st day of July, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE